UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81447-AMC

NELSON FERNANDEZ,

     Plaintiff,

v.

TAPESTRY, INC. d/b/a KATE SPADE,
a foreign for profit corporation,

     Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Tapestry, Inc. d/b/a Kate Spade ("Tapestry"), by and through undersigned counsel, respectfully moves this Court for a brief extension of time to file its response to Plaintiff Nelson Fernandez's ("Plaintiff") Complaint [D.E. 1], and states as follows:

1. Plaintiff filed his Complaint on September 16, 2022.

2. Tapestry's deadline to respond to Plaintiff's Complaint is October 11, 2022.

3. Counsel for Tapestry was recently retained in this matter and requires additional time to formulate its response.

4. Tapestry respectfully requests a brief extension of time of 14 days to respond to Plaintiff's Complaint. This request for extension of time is made in good faith and not for purpose of delay.

5. No party, nor this Court, will be prejudiced if the requested extension is granted.

WHEREFORE, Defendant Tapestry, Inc. d/b/a Kate Spade requests an extension of time up to and including October 25, 2022 to file its response to Plaintiff's Complaint. Undersigned counsel certifies that the instant Motion complies with the Local Rules and the Court's Orders.

## <u>LOCAL RULE 7.1(A)(3) CERTIFICATION</u>

Counsel for Defendant Tapestry conferred with counsel for Plaintiff via email on October 11, 2022, and Plaintiff's counsel does not oppose the relief requested herein.

Respectfully submitted,

By:     /s/ *Nelson C. Bellido*
Nelson C. Bellido
Roig Lawyers
44 W. Flagler Street, Suite 2100
Miami, Florida 33130
Tel: (305) 405-0997
Fax: (305) 405-1022
nbellido@roiglawyers.com
pleadings@roiglawyers.com

*Attorneys for Defendant*
*Tapestry, Inc. d/b/a Kate Spade*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
Telephone:  (954) 362-3800
Facsimile:  (954) 362-3779
rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Pelayo M. Duran, Esq. Co-Counsel for Plaintiff
4640 N.W. 7th Street Miami, FL  33126-2309
Telephone:  (305) 266-9780
Facsimile:  (305) 269-8311
pleadings@pelayoduran.com

By:      /s/ *Nelson C. Bellido*
            Nelson C. Bellido